UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BRONISLAVA KOSMAS

V.                                    CIVIL NO. 98-2330 (RLA)

SAN JUAN GRAND BEACH RESORT
AND CASINO

*RECEIVED & FILED 1999 NOV -8 AM 11:20 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/28/99   **Docket #** 27<br><br>[X] Third-party Deft.<br>    JP CONSTRUCTION<br><br>**Title:** MOTION REQUESTING EXTENSION OF TIME TO TAKE DEPOSITIONS TO PARTIE AND FACT WITNESSES, AND TO IDENTIFY EXPERT WITNESSES | **GRANTED.** The deadline for the parties to identify expert witnesses and to take the depositions of parties and fact witnesses is extended to **December 31, 1999.**<br><br>The parties are reminded of the **SETTLEMENT CONFERENCE** set for **January 12, 2000 at 10:30 a.m.** |

November 4, 1999
**Date**

**RAYMOND L. ACOSTA**
U.S. District Judge

Rec'd:      EOD:

By: \_\_\_\_\_  # 28

3