UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -8 AM 7: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

BRONISLAVA KOSMAS

V.                               CIVIL NO. 98-2330 (RLA)

SAN JUAN GRAND BEACH RESORT
AND CASINO

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/24/99   **Docket #** 29  [X] Third-party Deft. JP CONSTRUCTION  **Title:** INFORMATIVE MOTION TO NOTIFY VACATION PERIOD [from January 5-31, 2000] | **NOTED.** Counsel is admonished that it is her responsibility to ensure that substitute counsel appearing on her behalf at the **SETTLEMENT CONFERENCE** set for **January 12, 2000 at 10:30 a.m.** is prepared to engage in settlement negotiations in earnest. |

December 6th, 1999
Date

by RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By:      # 30

3