IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

BRONISLAVA KOSMAS, et al.,

    Plaintiffs,

v.                                CIVIL NO. 98-2330 (RLA)

SAN JUAN GRAND BEACH RESORT, et al.,

    Defendants.

## ORDER RESCHEDULING PRETRIAL/SETTLEMENT CONFERENCE

The Court having been advised that the parties are close to settlement, the **Pretrial/Settlement Conference** scheduled for August 15, 2000, is hereby **rescheduled for Friday, August 18, 2000, at 4:00 p.m.**, unless the parties file the settlement stipulation no later than Thursday, August 17, 2000.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 15th day of August, 2000.

                                        RAYMOND L. ACOSTA
                                    United States District Judge