IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BROSNISLAVA KOSMAS, et al.,

    Plaintiffs,

v.                                              CIVIL NO. 98-2330 (RLA)

SAN JUAN GRAND BEACH RESORT, et al.,

    Defendants.

## JUDGMENT

The Mutual Settlement Agreement and Release of all claims filed by the parties on August 18, 2000 is hereby **APPROVED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties be bound by the terms of their Settlement Agreement which are incorporated herein *in extenso*.

It is further ORDERED AND ADJUDGED that pursuant to the terms of the Settlement Agreement defendant SAN JUAN GRAND BEACH RESORT & CASINO shall pay plaintiffs the sum of **$40,000.00** and third-party defendant JP. CONSTRUCTION, INC. shall pay plaintiffs the sum of **$20,000.00**.

It is further ORDERED AND ADJUDGED that the complaint and third-party complaint filed in this action are hereby **DISMISSED WITH PREJUDICE**.

AO 72
(Rev 8/82)

**CIVIL NO. 98-2330 (RLA)**                                           **Page 2**

---

1
2      This Court hereby retains jurisdiction to enforce the terms of
3  the Settlement Agreement entered into by the parties to these
4  proceedings.
5      IT IS SO ORDERED.
6      San Juan, Puerto Rico, this 23rd day of August, 2000.

                                          RAYMOND L. ACOSTA
                                     United States District Judge

AO 72
(Rev 8/82)